UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY RUCANO,

                            Plaintiff,           9:18-CV-218
                                                     (GTS/CFH)
    v.

D. VENETTOZZI, et al.,

                            Defendants.
_____

**APPEARANCES:**                             **OF COUNSEL:**

Anthony Rucano
11-A-0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582
Plaintiff pro se

New York State Attorney General        OMAR J. SIDDIQUI, ESQ.
The Capitol
Albany, New York 12224
Attorneys for defendant

**CHRISTIAN F. HUMMEL,**
**U.S. MAGISTRATE JUDGE**

**ORDER**

     On November 28, 2018, plaintiff pro se Anthony Rucano filed a Motion to Compel. Dkt. No. 38. On December 13, 2018, plaintiff filed a second Motion to Compel. Dkt. No. 41. Defendants filed a Motion to Consolidate these motions. Dkt. No. 42. The Court issued a Text Order granting the Motion to Consolidate. Dkt. No. 43. On January 2, 2019,

1

defendants filed a response to plaintiff's consolidated Motion to Compel. Dkt. No. 45.

A conference was held with plaintiff pro se and counsel for defendants on-the-record on February 19, 2019. As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED**, that:

(1) Plaintiff's Motion to Compel (Dkt. No. 38) is **GRANTED** to the extent that defendants shall provide plaintiff discovery as directed by the Mandatory Pretrial Scheduling Order, Attachment 2 (Dkt. No. 24) by March 20, 2019;

(2) Plaintiff's Motion to Compel (Dkt. No. 41) is **GRANTED** to the extent that defendants' counsel shall provide plaintiff with the signature page for each defendant for each set of interrogatory responses served by defendants;

(3) Plaintiff's Letter Motion (Dkt. No. 44) seeking an extension of the discovery deadline is **GRANTED**. The Mandatory Pretrial Scheduling Order is amended as follows:

(a) The deadline for the completion of discovery is extended to June 7, 2019;

(b) The deadline for the filing of dispositive motions is August 7, 2019;

(c) The mandatory pretrial scheduling order as amended remains in full force and effect.

**IT IS SO ORDERED**.

Dated: February 19, 2019
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge