UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANTHONY RUCANO,

                Plaintiffs,                No. 9:18-CV-218 (GTS/CFH)

      v.

D. VENETTOZZI, et al.,

                Defendants.

---

**APPEARANCES:**                **OF COUNSEL:**

Anthony Rucano
11-A-0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582
Plaintiff pro se

Attorney General for the         CHRISTOPHER LIBERATI-CONANT, ESQ.
    State of New York            Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On March 8, 2019, plaintiff filed a motion to compel discovery. Dkt. No. 64. On March 26, 2019, defendants filed a response. Dkt. No. 70. Plaintiff filed a reply. Dkt. No. 72.

On April 19, 2019, the Court conducted an on-the-record conference with plaintiff

1

and defense counsel. During that conference, the Court addressed each of the objections raised by plaintiff in the motion to compel. Dkt. No. 64. As directed during that conference and for the reasons stated at that time, which are incorporated by reference herein, it is hereby

**ORDERED**, that:

1. Plaintiff's motion to compel (Dkt. No. 64) is **GRANTED** to the extent that defendants shall serve supplemental interrogatory responses as directed by the Court during the April 19, 2019 conference by May 20, 2019. Plaintiff's motion is, in all other respects, **DENIED**.

**IT IS SO ORDERED**.

Dated: April 24, 2019
Albany, New York

*/s/ Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge